UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

'JUN 1 0 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. |
| ) | |
| STEVE CHALMERS, ) | **4:15CR00267 CDP/TCM** |
| ) | |
| Defendant. | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 2, 2015, in the City of Saint Louis, within the Eastern District of Missouri,

**STEVE CHALMERS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount of cocaine base(crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about June 2, 2015, in the City of Saint Louis, within the Eastern District of Missouri,

**STEVE CHALMERS,**

the Defendant herein, did knowingly and intentionally possess a firearm in furtherance of the drug trafficking crime named in Count One of this Indictment, to wit: a Glock make, 22C model, .40 caliber semi-automatic firearm bearing serial number AAFK919.

In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury further charges that:

On or about June 2, 2015, in the City of Saint Louis, within the Eastern District of Missouri,

**STEVE CHALMERS,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit: a Glock make, 22C model, .40 caliber semi-automatic firearm bearing serial number AAFK919.

In violation of Title 18, Untied States Code, Section 922(g)(1).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
THOMAS REA, #53245MO
Assistant United States Attorney