RECEIVED
OCT 13 2015
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSORI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>STEVE CHALMERS<br>Defendant. | NO. 4:15CR267CDP/TCM |

## Motion Alleging Defect in indictment or information

Comes now defendant Steve Chalmers pro se through counsel Felicia A Jones, Assistant Federal Public Defender, and hearby requests this court enter an order dissmissing Count I, from my indictment on the grounds that there is insufficient evidence to prove that the drugs were intended for distribution. Such as in 48 F.3d 58 United States v. Valerio the amount of drugs that she was charged with (14.83 grams of cocain) was not large enough to support an inference of distributive intent. In Count I of my indictment the amount of drugs alledged are 2.15 grams of cocain base Not individually packaged. This could be considered personal use taking into account my extensive drug abuse history. On all previous drug-realate offenses I was given drug treatment in and

Out of incarceration. There was no sale of drugs. No large amount of cash proceeds from drug activity at the time of arrest. Counsel and defendant has a good faith reason to believe that this Count I should have been charged as simple possession.

Respectfully Submitted
Steve Chalmers