RECEIVED
NOV 0 5 2015
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

UNITED STATES OF AMERICA )
    Plaintiff )
     ) No. 4:15CR267 CDP/TCM
vs. )
     )
    Defendant )
STEVE CHALMERS )

## Motion for Change of Counsel

Comes Now defendant Steve Chalmers by and through his own representation regarding this motion. Defendant request that the courts allow defendant to change counsel and be appointed new counsel by the courts due to the following reasons listed below.

1) Counsel has to this date 11/02/15 has still failed to speak with me in depth about my case or about my Evidence hearing.

2) She refuses to help me address matter concerning my case

3) She cannot be contacted by phone by myself or family she told my father "she does not like speaking with parents

because they believe that there children are angels"¹ he only wanted to know my court date.
4) In the motion to suppress she misstated several facts mispelled, my name

The defendant prays that this honorable court will grant me releif of counsel to ensure Justice, fairness, and deffense without bias of Justice

Respectfully Submitted

Certificate OF Service

I Steve Chalmers hereby certify that a copy of the foregoing was mailed to the Office of the Clerk Eastern District by United States 1st class postal on this 02 day of november 2015

Respectfully Submitted

Steve Chalmers
Nov 02 2015
5445 Jennings St Road

Steve Chalmers
5445 Jennings Station Rd.
Jennings Mo 63136



Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis Mo 63102

RECEIVED
NOV 05 2015
BY MAIL

63102-112783